FILED

06/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0563

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
No. DA-23-0563

JORY RUSSELL STRIZICH

    Petitioner and Appellant,

    v.

STATE OF MONTANA

    Respondent and Appellee.

**ORDER**

Upon consideration of the Appellant's Motion for a 30-day extension of time, and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellant is given an extension of time to and including July 19, 2024, to prepare, file, and serve the reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 18 2024